UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY GRAHAM; MICHAEL GRAHAM,
and all others similarly situated,

    Plaintiffs,

v.                                                 CASE NO. 3:12-cv-793-J-20JBT

RENESSENZ LLC *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 31), addressing the Joint Motion for Approval of Settlement (Dkt. 24). The Magistrate Judge recommended that the motion be granted, that the settlement agreement be approved, and that the claims against Defendants Renessenz LLC, Pinova Holdings, and Vincent Noble be dismissed with prejudice. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 31) is adopted;

2. The Joint Motion for Approval of Settlement (Dkt. 24) is **GRANTED**;

3. The Settlement Agreement is **APPROVED**;

4. The claims against Defendants Renessenz LLC, Pinova Holdings, and Vincent Noble are **DISMISSED with prejudice.**

5. The claims against Defendants Willie Hall and Defendant Hall Building Maintenance, Inc. remain active.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of August, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Earl M. Johnson, Jr., Esq.
John F. MacLennan, Esq.